IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

JOSEPH TERRANCE GRONDIN,

        Plaintiff,

v.                                                CIVIL ACTION NO.  6:13-cv-11095

WOOD CO. PROSECUTORS OFFICE, et al.,

        Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATIONS**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On January 6, 2014, the Magistrate Judge submitted findings of fact and recommended the following:

1. That the defendants' motions to dismiss [Dockets 27, 30, 31, 35, 39, 43, and 58] be granted;

2. That the defendants' motions for summary judgment [Dockets 50, 54] be granted; and

3. That the plaintiff's Complaint [Docket 2] be dismissed with prejudice as to all of the plaintiff's claims and corresponding defendants.

(*See* Proposed Findings and Recommendations [Docket 86], at 33). Objections to the Magistrate Judge's recommendations were due on January 24, 2014. I granted the plaintiff, Joseph Terrance Grondin, two separate extensions of this deadline. (*See* Orders [Dockets 88, 92]). The final deadline was February 24, 2014. As of today, Mr. Grondin has not filed any objections.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a *de novo* standard or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985). As the parties have not filed objections in this case, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge. The court accordingly **GRANTS** the defendants' motions to dismiss [Dockets 27, 30, 31, 35, 39, 43, and 58], **GRANTS** the defendants' motions for summary judgment [Dockets 50, 54]. The court further **ORDERS** that this case be dismissed and stricken from the record.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 27, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE